AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

VITAL PHARMACEUTICALS, INC.,
d/b/a VPX SPORTS/ REDLINE/ BANG ENERGY, a
Florida Corporation,

    Plaintiff,

v.

CHRISTOPHER ALFIERI, an individual, ADAM PERRY, an individual, ANDREW LaROCCA, an individual, AMY MAROS, an individual and ELEGANCE BRANDS, INC., a Delaware corporation,

    Defendants.
_____/

Civil Action No._____

**SUMMONS IN A CIVIL ACTION**

To: *Christopher Alfieri*
*6289 Fernstone Trail NW*
*Acworth, Georgia 30101*

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Gregg Metzger, Esq.
    Vital Pharmaceuticals, Inc.
    Legal Department
    1600 North Park Drive
    Weston, FL 33326
    gregg.metzger@vpxsports.com
    service@vpxsports.com

    **Counsel for Plaintiff**

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Christopher Alfieri

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
_____
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: