# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| VITAL PHARMACEUTICALS, INC., d/b/a VPX SPORTS/REDLINE/BANG ENERGY, a Florida corporation,<br><br>*Plaintiff*,<br>v.<br><br>CHRISTOPHER ALFIERI, an individual, ADAM PERRY, an individual, ANDREW LAROCCA, an individual, AMY MAROS, an individual and ELEGANCE BRANDS INC., a Delaware corporation,<br><br>*Defendants*. | CASE NO: 0:20-cv-61307-AHS |

## DECLARATION OF ANDREW LAROCCA

I, Andrew LaRocca, make the following declaration based on my personal knowledge.

1. I am over the age of eighteen. I submit this declaration in support of Defendants' Response in Opposition to Plaintiff Vital Pharmaceuticals, Inc., d/b/a VPX Sports/Redline/Bang Energy's ("VPX") Motion for Preliminary Injunction (DE 5).

2. I am a 24-year veteran in the beverage industry, with an emphasis on the beverage supplier and wholesaler side of the industry. I worked as a salesman for various beer distributors from 1996 to 2001. In May 2001, I joined Red Bull as a Field Sales Manager for the state of Georgia. By early 2003, I was a national account manager. In 2009, I moved into the South Business Unit office located in Atlanta where I worked as a Distribution Analyst. In that role, I honed my skills pertaining to data mining, analytics, and strategic business metric study. In the Spring of 2014, I moved to managing the Red Bull Distribution Company, which ran sales and distribution operations based in Central & South Florida, North Carolina, Arkansas, and Texas, and which drove approximately 43% of the volume

for the total South Business unit. In 2016, I joined the HQ Distribution Strategy team as one of the three US Evolution Managers working with the top 80 US Distributor Partners to build and embed best practices across all aspects of the distribution partners wholesaler departments: Company, Leadership and Culture, Operations/Logistics, Sales/Business Development, HR/Talent Platform, Service Strategy/Route to Market, and Finance Processes and Routines. From 2018 to my departure in November 2019, I led the US Service Strategy project working with Red Bull distributors that drove 24% of US total business, with a goal of optimizing their respective route to market strategy through deep analysis of route structure, profitability, time to serve and sell, and other relevant distribution factors.

3. I joined VPX on October 20, 2019 as the Director of Distribution Strategy. That role involved providing internal support and developing trade tools and processes (using third party analytics) for use with an established distributor network—the bulk of which I had significant experience working with before I joined VPX. I developed no distributor relationships while at VPX.

4. I never had access to the preblend formulas for any of VPX's beverages.

5. My last day with VPX was May 15, 2020. I decided to leave due to the unwarranted termination of my hiring manager (Mr. Alfieri) and a highly toxic workplace stemming from employee turnover. Further, I was not being provided an opportunity to execute the original purpose of my initial role. It also became evident that my role was going to change significantly or be completely eliminated. I subsequently decided to email my resignation to VPX's Executive Vice President of Sales and Distribution, Eugene Bukovi.

6. During my VPX tenure, I did not have access to anything that could be deemed confidential information or trade secrets of VPX. I do not have any VPX information in my possession that could harm VPX, let alone irreparably harm it.

7. I then joined Elegance as Vice President of Sales and Distribution Strategy. My role at Elegance is fundamentally different than my role with VPX. My role at Elegance involves the *building* of a distributor partnership network to sell Elegance brands to target markets and distribute them to target customers. This also involves holding sales presentations with national and regional account retailers to support the promotion of the Elegance family of brands. This allows me to utilize the skills I developed during my eighteen-plus year career at Red Bull. It also allows me to round out my beverage experience in all aspects of the industry, including to represent Elegance's liquor portfolio.

8. When I joined Elegance, Gorilla Hemp Energy Drink ("Gorilla Hemp") was virtually completed. The can design and blend had already been completed, and approximately 6,000 cases had already been produced. I had no involvement in either the can design or the blend.

I declare under penalty of perjury that the above is true and correct.

Executed on August 7, 2020.

Andrew LaRocca