# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| VITAL PHARMACEUTICALS, INC., d/b/a VPX SPORTS/REDLINE/BANG ENERGY, a Florida corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>CHRISTOPHER ALFIERI, an individual, ADAM PERRY, an individual, ANDREW LAROCCA, an individual, AMY MAROS, an individual and ELEGANCE BRANDS INC., a Delaware corporation,<br><br>*Defendants*. | CASE NO: 0:20-cv-61307-AHS |

**DECLARATION OF ADAM PERRY**

I, Adam Perry, make the following declaration based on my personal knowledge.

1. I am over the age of eighteen. I submit this declaration in support of Defendants' Response in Opposition to Plaintiff Vital Pharmaceuticals, Inc., d/b/a VPX Sports/Redline/Bang Energy's ("VPX") Motion for Preliminary Injunction (DE 5).

2. I am a seventeen-year veteran in the beverage industry. I worked for Southern Wine & Spirits for five years (2003-2008). In 2008, I joined Red Bull as its Distributor Partner Manager. In 2010, I was promoted by Red Bull to Regional Sales Manager. I spent 8 years in this role until I left in 2018. In 2019, I joined a company called Icelandic Glacial as Region Sales Manager. In my roles at Red Bull and Icelandic Glacial, I was responsible for managing all aspects of sales & distribution including working with a network of independent distributors who represented numerous supplier brands of beer, wine/spirits, and non-alcohol brands.

3. In August 2019, I joined VPX as Director of Distribution for the South. In this role, I managed a team of Regional Sales Managers and was responsible for leading distribution sales efforts across various independent distributors in the South. With the exception of two VPX-owned distributors, the distributors I worked with while at VPX were former distributors of the previous brands I worked for.

4. During my time at VPX, I represented Bang Energy Drink and Redline Extreme, which are both performance and functional beverages.

5. I never had access to the preblend formulas for any of VPX's beverages.

6. I left VPX on May 1, 2020. I did so due to the toxic environment of VPX that was created and fostered by VPX's CEO and Founder, Jack Owoc, and Executive Vice President Eugene Bukovi. Not only had my former boss (Mr. Alfieri) been fired without justification, but the CEO sent me several emails threatening my position with the Company. Additionally, VPX took numerous steps that undermined or mooted most of the work I was brought on to perform. Specifically, VPX's CEO chose to move to the Pepsi Co. network of distribution. This was done without my knowledge. This meant that VPX was establishing work streams and distribution management methods that essentially rendered the work I had done meaningless and caused fundamental changes to my role at the Company.

7. As a result of the Pepsi Co. relationship, in May of 2020, all non-Pepsi Co. VPX distributor partners were notified that their distribution agreements with Bang Energy Drink were being terminated.

8. I am aware of at least eight former VPX employees who left VPX over the last year to join VPX's competitors in similar sales and marketing roles to those that they maintained while

at VPX. I am not aware of VPX taking any action, legal or otherwise, against those individuals. *See* Former VPX Employees' Linkedin Profiles, attached hereto as Composite Exhibit "A."

9. I joined Elegance after leaving VPX. My current role at Elegance is Vice President of Sales & Distribution. I am responsible for managing all sales channels of business. I am in charge of our spirits portfolio as well as our CBD beverage brands. Along with our executive leadership team, I assist in the creation of our spirits & CBD portfolio's go-to-market launch plans.

10. When I joined Elegance, Gorilla Hemp Energy Drink ("Gorilla Hemp") was virtually completed. The can design and blend had already been completed, and approximately 6,000 cases had already been produced. I had no involvement in either the can design or the blend.

11. During my time with VPX, I did not have access to any information that could be deemed confidential or a trade secret. To the extent that there is overlap between the type of information I use at Elegance and that which may have been used by VPX, it is information that others with my experience in the industry would—and in my case did—have access to and/or knowledge of without obtaining it from VPX.

12. With regard to relationships with other market actors, I had working relationships with each of the distribution companies that were working with VPX from my time at Red Bull and Icelandic Glacial. The only exceptions to this are the VPX owned distributor operations in Florida and Texas, neither of which do business with Elegance.

13. Presently, Elegance is in negotiations with five independent distributor companies in the United States to carry the full Elegance portfolio. Of those, only one is a distributor that

       formerly worked with VPX. That company's relationship with VPX was terminated months ago in connection with VPX's transition to an exclusive distribution deal with Pepsi Co.

I declare under penalty of perjury that the above is true and correct.

Executed on August 7, 2020.                        _____
                                                                          Adam Perry

# Exhibit A

## Contact

www.linkedin.com/in/patrick-knipping-7b1917109 (LinkedIn)

## Top Skills

- Proficient in Microsoft Office, Encompass (RAS)
- Supplier/Vendor/Customer relationships
- Key account focus and growth

# Patrick Knipping

Regional Sales Manager--Plains @ A Shoc Beverage
Hugo, Minnesota

## Summary

Over 13 years in sales and sales management with the last 9 years in the DSD beverage industry. Proven leader, first in class account execution, and effective management in designated sales territory. Excellent interpersonal skills with the ability to build and maintain superior customer, employee, and supplier relationships. Proven ability to drive sales, build brand awareness, increase profitability, and achieve specific KPI's while maintaining brand standards and guidelines.

---

## Experience

**A Shoc Beverage**
Regional Sales Manager--Plains
March 2020 - Present (5 months)
Hugo, Minnesota, United States

**Bang Energy**
National/Regional Account Manager--Midwest
August 2018 - March 2020 (1 year 8 months)
Minneapolis, MN

**Boundary Waters Brands**
Vice President of Sales
December 2016 - June 2018 (1 year 7 months)
St. Louis Park, MN

**Extreme Beverage**
9 years 4 months

Vice President of Sales
May 2011 - May 2016 (5 years 1 month)
New Brighton, MN

- Exclusive distributor of Red Bull Energy Drink in the Twin Cities and additional +50 counties in greater Minnesota.
- Grew sales 39% from 2011 – 2015 while achieving BP Volume all 4 years.

## Contact

brianmcirvin@yahoo.com

www.linkedin.com/in/brian-k-mcirvin-655067168 (LinkedIn)

## Top Skills

Sales Management
Account Management
Sales

# Brian K McIrvin

Regional Sales Manager at Adrenaline Shoc
Portland, Oregon Area

## Experience

**Adrenaline Shoc**
Regional Sales Manager
January 2020 - Present (7 months)
Northwest

NW Regional Sales Manager

**VPX Sports**
National/Regional Key Account Manager
September 2018 - January 2020 (1 year 5 months)
Northwest

**Big Red, Inc.**
Director of Sales - NW
March 2015 - September 2018 (3 years 7 months)

**Jones Soda Co.**
Director of sales & National Chain Manager - West
April 2011 - March 2015 (4 years)
Northwest

**Gleukos Inc**
Sales Manager & State Marketing
April 2010 - April 2011 (1 year 1 month)
Oregon

**Sean Tyler Keys LLC**
Director of Investment Sales
July 2007 - April 2010 (2 years 10 months)
Beaverton, Oregon

**Sunset Mortgage Company**
Senior Loan Officer
July 2003 - April 2010 (6 years 10 months)
Lake Oswego, Oregon

Page 1 of 2

# Joseph Hanna

Regional Sales Manager- AShoc Energy Southeast
Jacksonville, Florida Area

## Contact

www.linkedin.com/in/joseph-hanna-bbbb90173 (LinkedIn)

## Top Skills

Team Leadership
Business Analytics
Team Motivation

## Summary

Over 8 years in leadership roles in the Beverage Industry. I have experience with 3 different beverage companies 2 of the largest bottlers of Coca-Cola and with one of the largest Brands under the Coca-Cola Portfolio (Monster Energy).

I have excelled in every position within this industry, including my latest role as Regional Manager for Monster Energy. I was awarded Regional Manager of the Year in my first full year in this position.

I have a desire to win and a passion for success.

---

## Experience

**Adrenaline Shoc**
Regional Sales Manager
March 2020 - Present (5 months)
Southeast

**Bang Energy**
Regional Account Manager
November 2018 - March 2020 (1 year 5 months)
Southeast

**Monster Energy**
Regional Manager
August 2015 - September 2018 (3 years 2 months)

**Coca-Cola Bottling Company UNITED, Inc.**
Area Manager
May 2014 - August 2015 (1 year 4 months)
Chattanooga, Tennessee Area

**The Coca-Cola Company**
Merchandising Supervisor

## Contact

773 727 8069 (Mobile)
joeh@vpxsports.com

www.linkedin.com/in/joe-huntowski-948a528b (LinkedIn)

## Top Skills

Management
Sales
Sales Management

# Joe Huntowski

Vice President of Beverage at RAZE Energy
Greater Chicago Area

## Summary

I have 18 years experience in the beverage industry. I have worked and been successful in different roles on both the distribution and supplier side of the beverage world while having the opportunity to manage multiple teams with all the companies I have been with.

## Experience

**RAZE Energy**
Vice President of Beverage
May 2020 - Present (3 months)
United States

**CLEAN Cause**
Director Of Sales And Distribution East
February 2020 - May 2020 (4 months)

**Bang Energy**
Director of Sales & Distribution
April 2018 - February 2020 (1 year 11 months)
Chicago, Illinois

**Vital Pharmaceuticals, Inc VPX**
Senior Regional Sales Manager
March 2009 - April 2018 (9 years 2 months)

Coordinate and manage sales and distribution of VPX Sports/Redline Energy Drink products in 31 States. Make key account calls using established relationships with Category Managers in chain stores across the United states. Extensive knowledge and relationships with in both beer and non alcohol distribution networks.

**Xyience Energy Drink**
Territory Sales Manager
2007 - 2009 (2 years)

## Contact

4047831822 (Mobile)
padronj22@gmail.com

www.linkedin.com/in/javier-padron-04711753 (LinkedIn)

## Top Skills

Key Account Development
Sales Management
Account Management

# Javier Padron

Business Development Manager at Celsius Holdings, Inc.
Miami/Fort Lauderdale Area

## Experience

**Celsius Holdings, Inc.**
Business Development Manager
February 2020 - Present (6 months)
Florida, United States

**Bang Energy**
General Sales Manager
April 2019 - December 2019 (9 months)
Miami/Fort Lauderdale Area

**Red Bull**
9 years 10 months

Sales Manager
January 2018 - January 2019 (1 year 1 month)
Austin, Texas

Sales Manager (Wal-Mart , Publix & Kroger)
February 2016 - January 2018 (2 years)
Atlanta, Georgia

Leading and developing sales teams

Sr Key Account Manager
July 2015 - February 2016 (8 months)

Key Account Manager
July 2013 - July 2015 (2 years 1 month)

District Sales Manager (Large Format)
June 2010 - July 2013 (3 years 2 months)

District Sales Manager
April 2009 - June 2010 (1 year 3 months)

**PepsiCo**
Sales
September 1997 - January 2009 (11 years 5 months)

Page 1 of 2

# Mark Sherer

Director Of Distribution at CLEAN Cause
Greater Denver Area

## Contact

msherer01@gmail.com

www.linkedin.com/in/mark-sherer-91748962 (LinkedIn)

## Top Skills

Cold Calling
Sales Operations
Account Management

## Experience

**CLEAN Cause**
Director Of Distribution
November 2019 - Present (9 months)

**Bang Energy**
Director Of Sales and Distribution
August 2018 - October 2019 (1 year 3 months)

**Red Bull**
7 years 5 months

Director of Sales & Distribution
January 2016 - August 2018 (2 years 8 months)
Greater Denver Area

General Sales Manager
March 2012 - December 2015 (3 years 10 months)
Greater San Diego Area

District Sales Manager
April 2011 - March 2012 (1 year)

**UniFirst Corporation**
District Service Manager
November 2009 - April 2011 (1 year 6 months)

## Education

Erie Community College - Buffalo NY
Business Administration, Applied Science & Technology · (2002 - 2005)

Page 1 of 1

## Contact

www.linkedin.com/in/rad-franco-09946410 (LinkedIn)

## Top Skills
Direct Store Delivery
Inventory Management
Key Account Development

# Rad Franco

National Account Manager at Monster Energy
Phoenix, Arizona Area

## Experience

**Monster Energy**
National Account Manager
January 2020 - Present (7 months)
Arizona, Oregon, Washington, California

**Rockstar Energy Drink**
Regional Manager
November 2014 - July 2019 (4 years 9 months)
Southwest

Responsible for sales, customer marketing programs, distribution relationships and trade execution for Arizona, New Mexico and West Texas.

**Coca-Cola Enterprises**
16 years 11 months

National Account Executive
July 2006 - March 2014 (7 years 9 months)
Phoenix, Arizona Area

Primary company representative for Albertsons Southwest Division and CCR lead for the Inter-mountain Division.  Responsible for over $26MM in revenue/year. Accountable for annual growth plans, customer negotiations and category share.

Key Account Manager
June 2005 - July 2006 (1 year 2 months)
Phoenix, Arizona Area

Managed regional large format accounts outside of the National scope. Created value by building relationships and delivering effective promotional activity that drove profits and foot traffic.

District Sales Manager
August 2004 - June 2005 (11 months)
Phoenix, Arizona Area

Responsible for trade execution and sales objectives within my assigned territory while managing five Account Representatives and 30 Merchandisers.

## Contact

www.linkedin.com/in/ryan-donovan-30585a2a (LinkedIn)

## Top Skills

Loss Prevention
Store Management
Merchandising

## Languages

English

## Certifications

Federal Mortgage Loan Originator / SAFE Act Certified
Private Aircraft Pilot
Florida Life, Health & Variable Annuities (2-15)

# Ryan Donovan

Sales Director at Glaxon
West Palm Beach, Florida Area

## Summary

I am a talented, innovative & adaptive sales professional whose primary goal is to be the best in any organization I am a part of.

---

## Experience

**Glaxon**
Sales Director
March 2020 - Present (5 months)
Stafford, Texas, United States

**Alpha Lion**
National Sales Manager
August 2019 - March 2020 (8 months)
Florida

**Bang Energy**
Southeast Sales Manager
December 2017 - August 2019 (1 year 9 months)
Weston, Florida

**iSatori**
Southeast Territory Sales Manager
January 2016 - December 2017 (2 years)
West Palm Beach, Florida Area

**PNC**
Banking Representative
October 2013 - December 2015 (2 years 3 months)
Northlake Branch

**Cellucor**
Director of Market Development
June 2012 - July 2013 (1 year 2 months)

- Managed 104 accounts in AL/GA/SC/NC