# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| VITAL PHARMACEUTICALS, INC., d/b/a VPX SPORTS/REDLINE/BANG ENERGY, a Florida corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>CHRISTOPHER ALFIERI, an individual, ADAM PERRY, an individual, ANDREW LAROCCA, an individual, AMY MAROS, an individual and ELEGANCE BRANDS INC., a Delaware corporation,<br><br>*Defendants*. | CASE NO: 0:20-cv-61307-AHS |

## DECLARATION OF AMY MAROS

I, Amy Maros, make the following declaration based on my personal knowledge.

1. I am over the age of eighteen. I submit this declaration in support of Defendants' Response in Opposition to Plaintiff Vital Pharmaceuticals, Inc., d/b/a VPX Sports/Redline/Bang Energy's ("VPX") Motion for Preliminary Injunction (DE 5).

2. Prior to joining VPX, I worked for Coca Cola for thirteen years. I began as a manufacturing supervisor, was promoted to warehouse manager, then to Supply Planning Manager, and ultimately to Senior Supply Chain Manager at Coca Cola Florida.

3. After I left Coca Cola, I joined VPX on October 23, 2019 as Senior Supply Chain Manager.

4. I resigned from VPX on May 15, 2020, due the toxic culture of the VPX and other issues, including those that prompted me to file a Human Resources complaint in February of 2020. For an example of the cultural and other issues, VPX's CEO locked all employees out of our computers and required us to work from our personal devices for several days in April of 2020. I addressed such issues in my resignation letter to VPX.

5. My resignation was not based upon an opportunity to join Elegance.

6. Thereafter, I joined Elegance as its Vice President of Operations.

7. When I joined Elegance, Gorilla Hemp Energy Drink ("Gorilla Hemp") was virtually completed. The can design and blend had already been completed, and approximately 6,000 cases had already been produced. I had no involvement in either the can design or the blend.

8. I did not have access to any information that could be deemed confidential or a trade secret during my time at VPX. This includes any information pertaining to a separate entity known as Stoked. I did not and do not have access to any VPX information that could cause VPX harm, irreparable or otherwise.

9. I never had access to the preblend formulas for any of VPX's beverages.

10. During my career I engaged in work that is common to most, if not all, businesses that utilize a non-spirits supply chain: procurement, forecasting, production, scheduling, fulfillment, and innovation.

11. During my career with Coca Cola, I developed industry relationships with suppliers and copackers. Suppliers are standard across the industry. Thus, I engaged with the same suppliers at VPX that I engaged with at Coca Cola. As far as copackers, Elegance does not presently use any that VPX uses.

I declare under penalty of perjury that the above is true and correct.

Executed on August 7, 2020.

Amy Maros