# EXHIBIT 5

PURCHASE, N.Y., April 28, 2020 /PRNewswire/ -- PepsiCo and Vital Pharmaceuticals Inc. (VPX), the manufacturer of Bang® Energy drinks, today announced they have entered into an exclusive alliance for PepsiCo to distribute the portfolio of Bang Energy beverages in the United States. This alliance is effective immediately and is set to significantly increase distribution of the Bang beverage lineup.

"The combined power of our two organizations will be a meteoric partnership – one for the beverage history books," said Bang Energy CEO, Jack Owoc. "Bang is committed to serving zero-calorie, highly effective innovation and exceeding our consumers' expectations. When it comes to the category, we have invented the future by reinventing the game."

"In the ultra-competitive energy category, Bang Energy has thrived, pioneering the performance energy segment and attracting the next-generation of energy consumers," said PepsiCo Beverages North America CEO, Kirk Tanner. "This alliance plays a central role in PepsiCo's overall energy-beverage strategy and enables us to significantly accelerate the distribution of Bang Energy to meet rising consumer demand."

Bang has been a welcome disruption to the energy category, delivering great-tasting energy drinks that give consumers more of what they want and less of what they don't want, and has quickly rocketed to the third-largest brand in the energy category. Representing the proliferation of the energy category, Bang Energy was also the single-largest contributor to overall Liquid Refreshment Beverage growth in 2019.[1]

The Bang Energy brand was introduced in 2012 and is carried in more than 200,000 outlets in the United States with products designed to provide functional benefits to the next generation of energy consumers.

**About VPX**
VPX was founded in 1993 with one goal in mind:  to produce the highest grade, university-proven sports supplements and performance beverages in the world.  Bang/VPX has funded over 28 landmark, human-subject studies on its products, including BANG®, at UCLA, University of South Alabama, Florida State University, Baylor, University of Southern Maine, Memphis University, College of New Jersey, FIU, and other top universities in the country.  VPX continues to update and release new nutrition products, proudly maintaining its distinction as the "Frontrunner in Sports Nutrition." Bang/VPX is orchestrated by the world's leading authority, author, and developer of performance-enhancing supplementation and physique-altering nutrition—Founder and CEO, Jack Owoc. For more information visit www.bang-energy.com.

**About PepsiCo**
PepsiCo products are enjoyed by consumers more than one billion times a day in more than 200 countries and territories around the world. PepsiCo generated more than $67 billion in net revenue in 2019, driven by a complementary food and beverage portfolio that includes Frito-Lay, Gatorade, Pepsi-Cola, Quaker and Tropicana. PepsiCo's product portfolio includes a wide range of enjoyable foods and beverages, including 23 brands that generate more than $1 billion each in estimated annual retail sales.

Guiding PepsiCo is our vision to Be the Global Leader in Convenient Foods and Beverages by Winning with Purpose. "Winning with Purpose" reflects our ambition to win sustainably in the marketplace and embed purpose into all aspects of the business.  For more information, visit www.pepsico.com.

[1]IRI MuloC value growth by trademark, L52

SOURCE PepsiCo

Related Links

http://www.pepsico.com

## Also from this source

MTN DEW® Fans, Revvy Your Engines - MTN DEW SPARK™ Launches...


MTN DEW Announces Second Phase Of Outdoor Stimulus: Additional...


## Explore
More news releases in similar topics

Retail
Beverages
Non-Alcoholic Beverages
Licensing