UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| VITAL PHARMACEUTICALS, INC., d/b/a VPX SPORTS/REDLINE/BANG ENERGY, a Florida corporation,<br><br>    *Plaintiff*,<br><br>v.<br><br>CHRISTOPHER ALFIERI, an individual, ADAM PERRY, an individual, ANDREW LAROCCA, an individual, AMY MAROS, an individual and ELEGANCE BRANDS INC., a Delaware corporation,<br><br>    *Defendants*. | **CASE NO: 0:20-cv-61307-AHS** |

## DEFENDANT ELEGANCE BRANDS, INC.'S
## CORPORATE DISCLOSURE STATEMENT

    Pursuant to Federal Rule of Federal Rule of Civil Procedure 7.1(a), Defendant Elegance Brands, Inc., states that it has no parent corporation and no publicly held corporation owns more 10% or more of its stock.

Dated: August 14, 2020

    Respectfully submitted,

    By: /s/ *Christopher S. Prater*
    Christopher S. Prater
    Florida Bar No.: 105488
    cprater@pollardllc.com

    Jonathan Pollard
    Florida Bar No.: 83613
    jpollard@pollardllc.com

    Michael Boehringer
    Florida Bar No.: 1018486
    mboehringer@pollardllc.com

        **Pollard PLLC**
        100 SE 3rd Ave., Ste. 601
        Fort Lauderdale, Florida 33394
        Telephone: (954) 332-2380
        Fax: (866) 594-5731
        *Attorneys for Defendants*

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via ECF to all counsel of record in this action on August 14, 2020.

        By: /s/ *Christopher S. Prater*
              Christopher S. Prater