UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61307-CIV-SINGHAL/VALLE

VITAL PHARMACEUTICALS, INC. d/b/a VPX SPORTS/REDLINE/BANG ENGERY, a Florida Corporation,

    Plaintiff,

vs.

CHRISTOPHER ALFIERI, an individual, ADAM PERRY, an individual, ANDREW LAROCCA, an individual, AMY MAROS, an individual, and ELEGANCE BRANDS, INC., A Delaware corporation,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** has come before the Court upon the Plaintiff's Renewed Motion for Attorneys' Fees (the "Motion") (DE [308]), which was referred to the magistrate judge for Report and Recommendation. The magistrate judge issued a paperless Report and Recommendation (DE [313]) on February 9, 2023, recommending that the Motion be granted. The Court has reviewed the entire file and record and has made a *de novo* review of the issues.

[Continued on next page]

No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (DE [313]) is **AFFIRMED** and **ADOPTED**.

2. Plaintiff's Motion for Attorneys' Fees (DE [308]) is **GRANTED**.

3. Plaintiff is awarded a total of **$13,781** in attorneys' fees.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 27th day of February 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF